

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

**JOHN H. NORDSTROM**

NO. 3:21CR-94-RGJ
18 U.S.C. § 1343
18 U.S.C. § 1957(a)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNTS 1-8
*(Wire Fraud)*

On or about and between July 13, 2016, and August 29, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN H. NORDSTROM** devised a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, and transmitted and caused to be transmitted writings, signs, signals, pictures and sounds by interstate wire communications for the purpose of executing the scheme and artifice, to wit:

a. In 2010, **NORDSTROM** registered LEEP, Inc. (LEEP) in the Commonwealth of Kentucky, and listed himself as President and Chief Executive Officer.

b. The Internal Revenue Service (IRS) assigns employers a nine-digit Employer Identification Number (EIN) which is used, amongst other things, to identify businesses. LEEP's EIN was \*\*-\*\*\*\*\*29.

c. In March 2014, **NORDSTROM** opened a PNC Bank account under the name "JOHN H. NORDSTROM DBA LEEP, INC," under fake EIN \*\*-\*\*\*\*\*08, which is not affiliated with LEEP. LEEP's shareholders and Board of Directors were unaware of this bank account.

d. In 2013, LEEP became a plaintiff in a civil lawsuit, and that suit was settled on or about July 13, 2016. As part of the settlement, LEEP received monetary payments from several defendants.

e. On the following dates, **NORDSTROM** caused interstate wire communications to be transmitted when he deposited checks representing the lawsuit settlement proceeds into the PNC Bank LEEP account, under fake EIN \*\*-\*\*\*\*\*08, without the knowledge of LEEP's shareholders or Board of Directors:

| COUNT | DATE | CHECK AMOUNT |
|---|---|---|
| 1 | August 10, 2016 | $577,500 |
| 2 | August 15, 2016 | $90,000 |
| 3 | August 17, 2016 | $92,500 |

f. **NORDSTROM** subsequently used the settlement proceeds for his own personal benefit. On the following dates, **NORDSTROM** caused interstate wire communications to be transmitted when he withdrew or transferred funds from the fake LEEP PNC Bank account:

| COUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 4 | August 12, 2016 | Transfer to PNC account in the name of Americap Company | $50,000 |
| 5 | August 16, 2016 | Check 1315 to Gene's Marine | $90 |
| 6 | August 16, 2016 | Transfer to PNC account in the name of Americap Co Three | $100,000 |
| 7 | August 19, 2016 | Check 1304 to E.N. | $225 |
| 8 | August 24, 2016 | Check 1303 to G.H. | $746.89 |

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 9
*(Money Laundering)*

On or about August 11, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN H. NORDSTROM** knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000 which was derived from specified unlawful activity, namely the wire fraud described above, to wit: **NORDSTROM** transferred $25,000 from a PNC Bank account in the name "JOHN H. NORDSTROM DBA LEEP, INC," under EIN **-*****08, to a PNC Bank account in the name of Americap Co.

In violation of Title 18, United States Code, Section 1957(a).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 1957(a), as alleged in this Indictment, **JOHN H. NORDSTROM**, defendant herein, shall forfeit to the United States, any and all property constituting or derived from proceeds the defendant obtained, directly and indirectly, as a result of these offenses, and any and all property involved in the commission of these offenses (or traceable thereto).

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461.

A TRUE BILL.

FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:DW:lb:090721

UNITED STATES OF AMERICA v. JOHN H. NORDSTROM

## PENALTIES

Counts 1-8: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Count 9: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY 40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY 42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY 42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY 42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.